IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FORTRES GRAND CORPORATION, an Indiana Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.  3:12 CV 535 ) ) Judge Philip P. Simon |
| WARNER BROS. ENTERTAINMENT INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

**ORDER EXTENDING DEFENDANT'S TIME
TO ANSWER OR OTHERWISE PLEAD**

For the reasons set forth in the November 7, 2012 Agreed Motion for Extension of Time to Answer or Otherwise Plead, and for good cause shown, the motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT**

The deadline by which Defendant Warner Bros. Entertainment Inc. must answer or otherwise plead is extended to and including November 30, 2012.

SO ORDERED.

Dated November 9, 2012

  s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge