IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| FORTRES GRAND CORPORATION, )<br>an Indiana Corporation, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>WARNER BROS. ENTERTAINMENT )<br>INC., a Delaware corporation, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. 　　　　) | Civil Action No.  3:12 CV 535<br><br>Judge Philip P. Simon |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION TO
DISMISS AND REPLY TO RESPONSE**

　　　　Pursuant to Local Rules 6-1 and 7-1(d)(3), the parties jointly move this Court for an extension of time for Plaintiff Fortres Grand Corporation ("Fortres Grand") to respond to Defendant Warner Bros. Entertainment Inc.'s ("Warner Bros.") Motion to Dismiss and for Warner Bros. to reply to Fortres Grand's Response.  In support of this motion, the parties state as follows:

　　　　1.　　Fortres Grand filed its complaint on September 19, 2012 and served it on Warner Bros. on September 25, 2012.

　　　　2.　　Warner Bros.'s response was originally due on October 16, 2012.

　　　　3.　　Pursuant to Local Rule 6-1(b), on October 22, 2012, Warner Bros. filed a notice extending the time to respond to Fortres Grand's Complaint through November 13, 2012 and then, pursuant to Local Rule 6-1(a), moved for and was granted two further extensions of time through December 10, 2012.

　　　　4.　　On December 10, 2012, Warner Bros. responded to Fortres Grand's Complaint by filing a Motion to Dismiss.

5. Fortres Grand's Response is due December 27, 2012, two days after the Christmas holiday.  Because of the holidays and the complexity of the issues raised in the Motion to Dismiss, Fortres Grand asked Warner Bros. to agree to an extension of time to respond.  Warner Bros.'s counsel consented to an extension through January 28, 2013.

6. In turn, Fortres Grand consented to an extension of Warner Bros.'s Reply deadline through February 14, 2013.

7. This extension is sought for good cause and not for purposes of delay.

WHEREFORE, the parties respectfully move the Court for an order extending Fortres Grand's time to respond to Warner Bros.'s Motion to Dismiss and Warner Bros.'s time to reply to Fortres Grand's Response, as set forth above.

Dated: December 24, 2012                                         Respectfully submitted,

| | |
|---|---|
| PATTISHALL, McAULIFFE, NEWBURY,  HILLIARD & GERALDSON LLP | JENNER & BLOCK LLP |
| By:   /s/Christopher R. Putt<br>Phillip Barengolts<br>Elisabeth K. O'Neill<br>311 South Wacker Drive, Suite 5000<br>Chicago, Illinois  60606<br>(312) 554-8000 | By:    /s/ Keith Porapaiboon<br>Keith Porapaiboon<br>353 N. Clark Street<br>Chicago, Illinois  60654<br>(312) 222-9350 |
| MAY OBERFELL LORBER<br>Christopher R. Putt<br>4100 Edison Lakes Parkway, Suite 100<br>Mishawaka, Indiana  46545<br>(547) 243-4100 | Andrew H. Bart<br>919 Third Avenue, 37th Floor<br>New York, New York  10022<br>(212) 891-1600<br><br>Andrew J. Thomas<br>633 West Fifth Street, Suite 3600<br>Los Angeles, California  90071<br>(213) 239-5100 |
| *Attorneys for Plaintiff Fortres Grand Corp.* | *Attorneys for Defendant Warner Bros. Entertainment Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing **JOINT MOTION TO RESPOND TO MOTION TO DISMISS AND REPLY TO RESPONSE** was filed electronically with the United States District Court on December 24, 2012. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

                                                     /s/Christopher R. Putt