IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| FORTRES GRAND CORPORATION, )<br>an Indiana Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARNER BROS. ENTERTAINMENT )<br>INC., a Delaware corporation, )<br>)<br>Defendant. ) | Civil Action No. 3:12 CV 535<br><br>Judge Philip P. Simon |

**NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT AND WITHDRAWAL
OF MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

Plaintiff, Fortres Grand Corporation, by counsel, now notifies the Court of its intention to withdraw the Motion for Extension of Time to File Amended Complaint (Docket No. 32) filed on June 12, 2013.  On the date of filing the Motion for Extension of Time, Plaintiff anticipated filing an Amended Complaint.  After much further consideration, Plaintiff has decided not to file an Amended Complaint.  The Motion for Extension of Time is therefore moot, and Plaintiff wishes to withdraw its Motion for Extension of Time.  This Notice is also intended to serve as the notice requested in the Court's May 16, 2013 Opinion Order (Docket No. 30) concerning Plaintiff's intention not to file the Amended Complaint.

Respectfully submitted,

MAY OBERFELL LORBER

By: s/Christopher R. Putt
Christopher R. Putt (No. 21053-71)
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: (574) 243-4100
Facsimile: (574) 232-9789
E-Mail: cputt@maylorber.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **NOTICE OF INTENT NOT TO FILE AMENDED COMPLAINT AND WITHDRAWAL OF MOTION FOR EXTENSION OF TIME** was filed electronically with the United States District Court on June 13, 2013. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

Keith Porapaiboon
Jenner & Block
353 N. Clark Street
Chicago, Illinois  60654

Andrew H. Bart
Jenner & Block
919 Third Avenue, 37th Floor
New York, New York  10022

Andrew J. Thomas
Jenner & Block
633 West Fifth Street, Suite 3600
Los Angeles, California  90071

　　　　　　　　　　　　　　　　　　　　　 s/Christopher R. Putt

F:\Clients\F0428\12001\Pleadings\Notice of Withdrawal of Motion for Extension of Time