# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| FORTRES GRAND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:12-cv-535 |
| | ) | |
| WARNER BROS. ENTERTAINMENT INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to Plaintiff's notice that it no longer intends to file an amended complaint [DE 33], its Motion for Extension of Time [DE 32] is now **DENIED AS MOOT**.   Consistent with my Opinion and Order of May 16, 2013 [DE 30], this case is now dismissed with prejudice.

**SO ORDERED**.

ENTERED: June 13, 2013

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1