# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 5, 2014

To:     Robert N. Trgovich
        UNITED STATES DISTRICT COURT
        Northern District of Indiana
        South Bend , IN 46601-0000

FILED 14 SEP 10 AM 11: 42 ROBERT N. TRGOVICH U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

| No.: 13-2337 | FORTRES GRAND CORPORATION, an Indiana corporation, Plaintiff - Appellant<br><br>v.<br><br>WARNER BROTHERS ENTERTAINMENT, INCORPORATED, a Delaware corporation, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:12-cv-00535-PPS-CAN<br>Northern District of Indiana, South Bend Division<br>District Judge Philip P. Simon ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:         Entire record returned consisting of

Exhibits:                         1